# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HARTSELL,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 16cv1094-LAB (JMA)<br><br>**ORDER GRANTING MOTION TO STRIKE COMPLAINT** |

Defendant Trenton Stroh's unopposed motion to strike paragraphs 25, 26, and 27 of the complaint is **GRANTED**.  *See Jones v. Kern High Sch. Dist*., 2008 WL 3850802, at *2 (E.D. Cal. Aug. 14, 2008) (ordering plaintiff to file an amended complaint that omits "all case[] citations and allegations discussing cases" because they "essentially constitute legal argument and/or legal conclusions and have no place in a complaint").  Stroh shall answer or otherwise respond to the complaint no later than September 28, 2016.  He need not respond to paragraphs 25, 26, or 27, which are deemed stricken.

**IT IS SO ORDERED**.

DATED: September 13, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge