# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HARTSELL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 16cv1094-LAB (JMA)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The Court discharges the order to show cause for failure to prosecute since Michael Hartsell filed a brief stating he wants to proceed with his case. Defendants previously represented that Hartsell wanted the Court to stay the case for five years until his release from prison. The Court cautions Hartsell that it won't stay the case and that there's no right to counsel in civil proceedings. *Hedges v. Resolution Trust Corp.*, 32 F.3d 1360, 1363 (9th Cir. 1994). Courts only appoint counsel in rare cases that present "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). If Hartsell doesn't dismiss the case, then he must prepare to litigate it on his own. The magistrate judge shall reschedule an early neutral evaluation conference. Hartsell must file a memorandum with his prison address by August 18, 2017.

**IT IS SO ORDERED.**

DATED: 8-7-17

HONORABLE LARRY ALAN BURNS
United States District Judge

- 1 -　　　　　　　　　　　　　　　　　　　　16cv1094