AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| MICHAEL A. HARTSELL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  16-CV-1094-LAB (JMA) |
| COUNTY OF SAN DIEGO ET. AL. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff MICHAEL A. HARTSELL                    .

Date:   09/05/2017

s/KEITH H. RUTMAN
*Attorney's signature*

KEITH H. RUTMAN, CSB 144175
*Printed name and bar number*

501 West Broadway, Suite 1650
San Diego, CA. 92101-3541

*Address*

KRUTMAN@KRUTMANLAW.COM
*E-mail address*

(619) 237-9072
*Telephone number*

(760) 454-4372
*FAX number*