UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HARTSELL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO COUNTY DEPUTY SHERIFF TRENTON STROH,<br><br>　　　　　　　　　　Defendants | Case No.:  16CV1094-LAB(JMA)<br><br>**NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE** |

**IT IS HEREBY ORDERED** an Early Neutral Evaluation Conference will be held on **October 19, 2017** at **10:00 a.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California.  Pursuant to Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, **with the exception of Plaintiff Michael A. Hartsell[1], who**

---

[1] Plaintiff Michael A. Hartsell is currently incarcerated at the Federal Correctional Institution Safford, in Safford, Arizona. The Court, therefore, will permit Mr. Hartsell to appear telephonically and directs necessary arrangements be made with the Federal Bureau of Prisons in order for Mr. Hartsell to participate in the Early Neutral Evaluation Conference by telephone.

**is incarcerated, all named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>**, shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case at the Early Neutral Evaluation Conference.  <u>**The individual(s) present at the Early Neutral Evaluation Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the Early Neutral Evaluation Conference to any settlement terms acceptable to the party (**</u><u>***G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.***</u><u>**, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the Early Neutral Evaluation Conference (**</u><u>***Pitman v. Brinker Int'l, Inc.***</u><u>**, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (**</u><u>***Nick v. Morgan's Foods, Inc.***</u><u>**, 270 F.3d 590, 596 (8th Cir. 2001)).**</u>

Governmental entities may appear through litigation counsel only.  As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.  **The failure of any counsel, party or authorized person to appear at the Early Neutral Evaluation Conference as required will result in the immediate imposition of sanctions.**

All conference discussions will be informal, off the record, privileged, and confidential.

Although the submission of statements is <u>not</u> required in advance of the Early Neutral Evaluation Conference, parties may submit concise statements if desired.  If a statement is submitted, it shall be provided to chambers <u>no later</u>

than one week prior to the scheduled conference.[2] If the parties submit statements in connection with the Early Neutral Evaluation Conference, they may either do so on a confidential basis or may exchange their statements.

Rule 26 of the Federal Rules of Civil Procedure shall apply to this case. All discovery shall be stayed until after the Rule 26(f) conference, unless otherwise permitted by Rule 26(d)(1).

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference:

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1) to the initial disclosure provisions of Rule 26(a)(1)(A-E);

2. The scheduling of the Rule 26(f) conference;

3. The date of initial disclosures and the date for lodging the discovery plan following the Rule 26(f) conference; and

4. The scheduling of a Case Management Conference pursuant to Rule 16(b).

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.

**IT IS SO ORDERED.**

Dated: September 5, 2017

Honorable Jan M. Adler
United States Magistrate Judge

---

[2] Statements under 20 pages in length, including attachments and exhibits, may be e-mailed to efile_adler@casd.uscourts.gov, faxed to (619) 702-9939, or delivered to chambers via the Office of the Clerk of Court at 333 West Broadway, Suite 420, San Diego, California. Statements exceeding 20 pages in length, including attachments and exhibits, must be delivered to chambers via the Office of the Clerk of Court.