UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HARTSELL,<br><br>              Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO COUNTY DEPUTY SHREIFF TRENTON STROH,<br><br>              Defendants. | Case No.:  16CV1094-LAB(JMA)<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

At the request of counsel for Plaintiff, the Case Management Conference on November 30, 2017 at 9:00 a.m. is vacated and reset for **December 1, 2017** at **9:00 a.m.**  Counsel for each party shall appear telephonically at this conference, and shall use the following call-in information:  Dial-In Number 888-684-8852, Access Code 2602013, press "*" to bypass the prompt for a Security Code.

**IT IS SO ORDERED.**

Dated:  November 6, 2017

_____
Honorable Jan M. Adler
United States Magistrate Judge