# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael A. Hartsell,<br><br>　　Plaintiff,<br><br>　　v.<br><br>County of San Diego; San Diego County Deputy Sheriff Trenton Stroh; Does 1-15<br><br>　　Defendants. | No. 16cv1094-LAB-JMA<br><br>**ORDER GRANTING JOINT APPLICATION TO EXTEND EXPERT DISCLOSURES AND PRE-TRIAL MOTION DEADLINE [DOC. NO. 37]**<br><br>Judge: Hon. Jan M. Adler<br>Trial:　None Set |

　　Having considered the parties' joint motion to Extend Expert Disclosures And Pre-Trial Motion Deadline, and finding good cause in support thereof:

　　IT IS HEREBY ORDERED THAT the Court's amended scheduling order is amended as follows:

　　Expert Disclosures (FRCP 26(a)(2)(A), (B)) continued to May 18, 2018.

　　Supplemental/Rebuttal Disclosures (FRCP 26(a)(2)(A), (B)) continued to June 8, 2018.

/ /

/ /

1 | Expert Discovery Deadline continued to June 15, 2018.
2 | Pretrial Motion Deadline continued to July 13, 2018.
3 | **IT IS SO ORDERED**.

5 | DATED: May 3, 2018

_____
Hon. Jan M. Adler
United States Magistrate Judge