UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HARTSELL,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, TRENTON STROH, and DOES 1-15,<br><br>　　　　　　　　　Defendants. | Case No.: 16cv1094-LAB (LL)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE PRETRIAL DATES PENDING RESOLUTION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[ECF No. 59]** |

On January 11, 2019, the Parties filed a "Joint Motion to Continue Pretrial Dates Pending Resolution of Defendants' Motion for Summary Judgment." ECF No. 59. The Parties seek an extension of the deadlines for: (1) the Mandatory Settlement Conference; (2) complying with Fed. R. Civ. P. 26(a)(3); (3) complying with Local Rule 16.1(f)(4); (4) the Proposed Pretrial Conference Order; (5) the Proposed Final Pretrial Conference Order; and (6) the Final Pretrial Conference. Id. at 2. The Parties seek to stay these deadlines while Defendants' Motion for Summary Judgment is pending. Id.

The Parties' motion is **GRANTED IN PART** and **DENIED IN PART** as follows: the Court **DENIES** the Parties' motion to continue the deadline for the Parties' Mandatory

Settlement Conference. Any Party that has not submitted a confidential statement is **ORDERED** to do so by no later than **January 16, 2019**.

Good cause appearing, the Parties' Motion to continue the remaining pretrial deadlines is **GRANTED IN PART** as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Fed. R. Civ. P. 26(a)(3) Requirements | February 4, 2019 | May 6, 2019 |
| Local Rule 16.1(f)(4) Meeting | February 12, 2019 | May 13, 2019 |
| Proposed Pretrial Conference Order | February 19, 2019 | May 20, 2019 |
| Proposed Final Pretrial Conference Order | February 25, 2019 | May 28, 2019 |
| Final Pretrial Conference | March 4, 2019 at 12:00 p.m. | June 3, 2019 at 12:00 p.m. |

All other deadlines and requirements remain as previously set. See ECF No. 42.

**IT IS SO ORDERED.**

Dated: January 14, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge