UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HARTSELL,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, TRENTON STROH, and DOES 1-15,<br><br>        Defendants. | Case No.: 16cv1094-LAB (LL)<br><br>**ORDER GRANTING EX PARTE MOTION TO EXCUSE DEFENDANT TRENTON STROH FROM PERSONAL ATTENDANCE AT THE MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 61]** |

  On January 18, 2019, Defendants filed an ex parte motion to excuse Defendant Trenton Stroh from personally appearing at the Mandatory Settlement Conference currently scheduled for January 30, 2019 at 9:30 a.m. ECF No. 61. In support, Defendants state Deputy Stroh is "medically retired[,]" "is represented by the Office of County Counsel[,]" and "does not have independent authority to negotiate and enter into a monetary settlement on behalf of Defendants in the present action." Id. at 1.

///

///

Good cause appearing, Defendants' motion is **GRANTED**.

Dated: January 23, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge

2

16cv1094-LAB (LL)