KEITH H. RUTMAN (CSB #144175)
501 West Broadway Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiff
MICHAEL A. HARTSELL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Larry A. Burns)

| | |
|---|---|
| MICHAEL A. HARTSELL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO;<br>SAN DIEGO COUNTY DEPUTY<br>SHERIFF TRENTON STROH;<br>DOES 1-15,<br><br>    Defendants. | Case No. 16-cv-1094-LAB (LL)<br><br>PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE<br><br><br><br>HEARING DATE: 9/23/20 @ 11:30 am<br>TRIAL DATE: 9/28/20 @ 1 pm<br>COURTROOM: 14A |

    COMES NOW Plaintiff, by and through his attorney of record, KEITH H. RUTMAN, and hereby moves the Court to take judicial notice of the following items:

1.     The path of the sun as demonstrated on Plaintiff's Exhibit 29c;

2.     Utilizing the "Measure Distance" function of Google Maps (attached as Trial Exhibit 4a-b), it is approximately 510 feet/170 yards from HARTSELL's rear bedroom door to the spot where he was located, as the crow flies; and

3.     "backlighting" is the process of illuminating the subject from the back. This effect creates a glowing effect on the edges of the subject, while other areas are darker. See https://en.wikipedia.org/wiki/Backlighting_(lighting_design) and https://www.dictionary.com/browse/backlighting

    Judicial notice may be taken of adjudicative facts that are not subject to reasonable dispute because they are either generally known or can be accurately and

readily determined. Where a party requests such notice and supplies the court with the necessary information, the court must take notice (and instruct the jury accordingly.) The court may notice eligible facts on its own motion as well. FRE 201(c); <u>Oliver v. Hallett Const. Co.</u>, 421 F.2d 365, 367 (8th Cir. 1970)(Judicial notice would be taken of fact that on Oct. 7, 1966, at Little Rock, Arkansas, sundown was at 5:45 P.M. Central Standard Time); <u>U.S. Internal Revenue Service v. Gibbs</u>, 233 F.Supp. 934, 935 (W.D. Pa.1964)(Judicial notice would be taken of the records of the United States Department of Commerce Weather Bureau representing the time of sunset on a certain date.).

                                          Respectfully Submitted,

Dated: September 8, 2020             s/ Keith H. Rutman
                                          KEITH H. RUTMAN
                                          Attorney for Plaintiff
                                          Email: krutman@krutmanlaw.com